# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TERRY EUGENE COOK | ) | Case No: 5:96-CR-9-1H |
| | ) | USM No: 16286-056 |

Date of Original Judgment:      February 18, 1997

Date of Previous Amended Judgment:      June 9, 2009      Laura Wasco

*(Use Date of Last Amended Judgment if Any)*      *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of crack cocaine involved is 8.4 kilograms or greater.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 9, 2009 _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:    2/4/14

            *Malcolm J. Howard*
                   *Judge's signature*

Effective Date: _____      Malcolm J. Howard Senior U.S. District Judge
     *(if different from order date)*             *Printed name and title*